United States District Court
Southern District of Texas
AO 442 (Rev. 06-13) Arrest Warrant FILED
JAN 17 2023
Nathan Ochsner, Clerk

12611000
08072 089

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: M-23-0081-M |
| Javier Aguilera | ) | 0757 2:06CR00336 - 2 |
|  | ) | |
|  | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Javier Aguilera
, who is accused of an offense violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Pretrial Release Violation Petition

☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of the conditions of supervised release 18 U.S.C. §3583

Date: 10/25/2019

_____y Byal_____
*Issuer's signature*

City and State: Milwaukee, Wisconsin

Stephen C. Dries, Clerk, U.S. District Court
By: Deputy Clerk
*Printed Name and title*

### Return

This warrant was received on *(date)* 10/25/19, and the person was arrested on *(date)* 1/13/23
at *(city and state)* RIO GRANDE CITY, TX

Date: 1/13/23

_____PDL_____
*Arresting officer's signature*

RIGO SAENZ DEPUTY U.S. MARSHAL
*Printed Name and title*